**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
H.C., individually and on behalf of J.C.,
a child with a disability,

       Plaintiffs,      20 **CIVIL** 844 (JLC)

    -against-         **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,
       Defendant.
-----------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 17, 2021, Plaintiffs' motion is granted and Plaintiffs are awarded a total of $38,951.31 in attorneys' fees and costs, plus post-judgment interest; accordingly, the case is closed.

**Dated:** New York, New York
    June 21, 2021

                     **RUBY J. KRAJICK**
                     _____
                     **Clerk of Court**
             **BY:**  K. Mango
                     _____
                     **Deputy Clerk**